**Order entered September 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No-05-19-01120-CR**
**No. 05-19-01127-CR**

**KEVIN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-80295-2018 & 401-82548-2019**

**ORDER NUNC PRO TUNC[1]**
**Before the Court En Banc**

Before the Court is appellant's July 14, 2020 motion for en banc reconsideration. Appellant's motion is **DENIED**.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] The order is corrected to show both cause numbers in these companion cases in which a single opinion issued.